A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

177 So. 917

**Son BYRD v. CITY OF TUSCALOOSA.**
**6 Div. 184.**

Court of Appeals of Alabama.
Nov. 26, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

178 So. 921

**Clifford CAMPBELL v. CITY OF DECATUR.**
**8 Div. 651.**

Court of Appeals of Alabama.
Jan. 20, 1938.

PER CURIAM.
Appeal dismissed for want of prosecution.

186 So. 916

**Bruce CAMPBELL v. STATE.**
**8 Div. 721.**

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

184 So. 912

**Jewel (alias Jigs) CAMPBELL v. STATE.**
**6 Div. 327.**

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 917

**Sherman CAMPBELL v. STATE.**
**1 Div. 290.**

Court of Appeals of Alabama.
Nov. 16, 1937.

RICE, Judge.
Affirmed.

177 So. 918

**Sherman CAMPBELL v. STATE.**
**1 Div. 291.**

Court of Appeals of Alabama.
Nov. 23, 1937.

BRICKEN, Presiding Judge.
Affirmed.

177 So. 918

**Sherman CAMPBELL v. STATE.**
**1 Div. 292.**

Court of Appeals of Alabama.
Nov. 23, 1937.

SAMFORD, Judge.
Affirmed.